478 A.2d 899

Nationwide Insurance v. Rentas, Appellants.
Reargument Denied Aug. 16, 1984.

Argued November 22, 1983. Allen L. Feingold, for appellants; Edward J. Tuite, for appellee.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Order of the court is affirmed.

478 A.2d 102

Oberman, Appellant, v. Turley.

Argued March 20, 1984. Edward D. Foy, Jr., for appellant; Vincent J. La Brasca, for appellee.

Before SPAETH, President Judge, and BECK and TAMILIA, JJ.

Order of the lower court is affirmed.

SPAETH, President Judge, filed a concurring memorandum.

BECK, J., concurred in the result.